## Pittsburgh & Allegheny Telephone Co. *v.* Stinson Printing Co., Appellant.

*Practice, Superior Court — Appeals — Divided court—Affirmance of lower court.*

Where the appellant court is equally divided the judgment of the lower court will be affirmed.

Argued April 23, 1923. Appeal, No. 3, April T., 1923, by defendant, from judgment of C. P. Allegheny County, Jan. T., 1922, No. 2424, in favor of plaintiff in the case of Pittsburgh & Allegheny Telephone Company v. Stinson Printing Company. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Assumpsit to recover charges for telephone service. Before McFARLANE, J., without a jury.

216 PITTSBURGH & A. TEL. CO. *v.* STINSON PRINT. Co.

Statement of Facts—Opinion of the Court. [81 Pa. Superior Ct.

The court entered judgment in favor of the plaintiff. Defendant appealed.

*Error assigned* was the order of the court.

*C. F. C. Arensberg,* of *Patterson, Crawford, Miller & Arensberg,* for appellant.

*John O. Wicks,* of *Weller & Wicks,* with them *C. L. Wallace,* for appellee.

PER CURIAM, July 12, 1923:

The six judges who sat at the argument of this case being equally divided in opinion, the judgment is affirmed.